UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00251 LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 922(o) |
| | ) | 18 U.S.C. § 924(a)(2) |
| JAMES ALLEN JEFFERS | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about July 18, 2021, in the Eastern District of Arkansas, the defendant,

JAMES ALLEN JEFFERS,

knowingly possessed a machinegun, that is: a Glock, Model 19 Gen 5, 9mm pistol, bearing serial number BTDF538, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, JAMES ALLEN JEFFERS, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872(a), all firearms involved in the violation, including, but not limited to, the following specific property: a machinegun, namely, a Glock, Model 19 Gen 5, 9mm pistol, bearing serial number BTDF538, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

1